**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| JOHNATHAN ROBINS, | : | No. 100 EM 2022 |
| Petitioner | : | |
| v. | : | |
| PRESIDENT JUDGE OF PHILADELPHIA COMMON PLEAS COURT, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2023, the Application for Leave to File Original Process is GRANTED, and the "Complaint of Mandamus" is DENIED.